PATRICIA A. O'CONNOR (PO5645)
BRODY, O'CONNOR & O'CONNOR, ESQS.
Attorneys for Defendant
7 Bayview Avenue
Northport, New York 11768
(631) 261-7778


BJ 21-404 PO
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

SASHA E. REED,                                                                          **Docket No.:**

                                        Plaintiff,

                    -against-                                                **NOTICE OF REMOVAL**

BJ'S WHOLESALE CLUB, INC. and
BJ'S WHOLESALE CLUB HOLDINGS, INC.

                                        Defendants.
-----------------------------------------------------------------------X

**TO THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK:**


Defendant, BJ'S WHOLESALE CLUB, INC. i/s/h/a "BJ'S WHOLESALE CLUB,

INC. and BJ'S WHOLESALE CLUB HOLDINGS, INC.", for the removal of this action from the

Supreme Court of the State of New York, County of QUEENS, to the United States District Court

for the EASTERN District of New York, respectfully shows this Honorable Court:

FIRST:        Defendant, BJ'S WHOLESALE CLUB, INC., is a defendant in a Civil

action brought against it in the Supreme Court of the State of New York, County of QUEENS,

entitled:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-----------------------------------------------------------------------X
SASHA E. REED,                                                                    **Index No.: 705755/2021**

                                                      Plaintiff,

                  -against-


BJ'S WHOLESALE CLUB, INC. and
BJ'S WHOLESALE CLUB HOLDINGS, INC.,

                                                      Defendants.
-----------------------------------------------------------------------X

Copies of the Summons, the Complaint, and BJ'S WHOLESALE CLUB, INC.'s Answer are

annexed hereto as Exhibit "A".

   SECOND: That this action seeks recovery for damages sustained as a result of

personal injuries allegedly suffered by the plaintiff while on the defendant's premises.

   THIRD: The grounds for removal are that this Court has original jurisdiction

pursuant to 28 U.S.C.A. § 1332(a)(1). The amount in controversy exceeds the sum or value of

$75,000, exclusive of interests and costs, and is between citizens of different States. Annexed hereto

as Exhibit "B" is defendant's Combined Discovery Demands. Annexed hereto as Exhibit "C" is

plaintiff's Response to Discovery Demands, received by this defendant on April 19, 2022.

   FOURTH: The defendant, BJ'S WHOLESALE CLUB, INC., is a Delaware

Corporation with its corporate headquarters and principal place of business in Massachusetts. Thus,

for diversity purposes, the defendant is a citizen of Massachusetts and/or Delaware pursuant to 28

U.S. Code § 1332 (C)(1)

   FIFTH: That upon information and belief Plaintiff is a citizen of the State of New

York, County of QUEENS.

SIXTH: In that this action is between citizens of different states and seeks damages in excess of S75,000.00, than pursuant to 28 U.S.C.A. § 1332 and 28 U.S.C.A. § 1441 and § 1446 the case should be removed from the Supreme Court of the State of New York, County of QUEENS to the United States District Court for the Eastern District of New York.

Dated: Northport, New York
    May 17, 2022

                                        Yours, etc.

                                        BRODY, O'CONNOR & O'CONNOR, ESQS.
                                        Attorneys for Defendant

                            By:    _____
                                        PATRICIA A. O'CONNOR (PO 5645)
                                        7 Bayview Avenue
                                        Northport, New York 11768
                                        (631) 261-7778
                                        File No.: BJ 21-404 PO

TO:    SCARCELLA LAW OFFICES
        Attorneys for Plaintiff
        44 Church Street, Suite 150
        White Plains, New York 10601
        (914) 682-1400